CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 09 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TERRANCE SYKES, | ) | |
| Petitioner, | ) | Civil Action No. 7:11cv00428 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| CHRISTOPHER ZYCH, et al., | ) | By: Samuel G. Wilson |
| Respondents. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Sykes' petition is **DISMISSED** without prejudice, Sykes's motions to proceed in forma pauperis (Docket No. 5) and to enjoin the respondents from transferring him during the pendency of this action (Docket No. 4) are **DENIED** as **MOOT**, and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to petitioner.

**ENTER:** This 9th day of September, 2007.

United States District Judge